# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STERLING LAVON WILLIAMS,<br>　　　　Petitioner | : | CIVIL ACTION |
| v. | : | |
| WAREN WENEROWICS, et al.,<br>　　　　Respondents | : | No. 13-3908 |

FILED
FEB -2 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW this 2 day of February, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus (Doc. No. 1), the response to the petition (Doc. No. 8), and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
HON. EDUARDO C. ROBRENO
U.S. District Court Judge

(1) No objections were filed